IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 96-Z-2451 (MJW)

$CO_2$ CLAIMS COALITION, LLC,

Plaintiff,

vs.

SHELL OIL COMPANY, et al.,

Defendants.

Civil Action No. 00-Z-1854 (MJW)

RUTTER & WILBANKS, CORP., et al.,

Plaintiffs,

vs.

SHELL OIL COMPANY, et al.,

Defendants.

Civil Action No. 00-Z-1855 (MJW)

THOMAS E. WATSON, et al,

Plaintiffs,

vs.

SHELL OIL COMPANY, et al.,

Defendants.

Civil Action No. 00-Z-1856 (MJW)

MARGARET ANN AINSWORTH, et al.,

Plaintiffs,

vs.

SHELL OIL COMPANY, et al.,

Defendants.

**ORDER**

**THE MATTER** before the Court is the Plaintiffs' Motion to Approve Final Accounting, Distribution of Escheat Amounts and Discharge of Fiduciaries filed December 30, 2005, and the Court being advised in the premises and noting that the Defendants take no position on the granting of such motion, does hereby

**ORDER** that Plaintiffs' Motion to Approve Final Accounting, Distribution of Escheat Amounts and Discharge of Fiduciaries is granted. It is

**FURTHER ORDERED** as follows:

1. The final accounting of the Settlement Administrator as set forth in <u>Exhibit 6E</u>, <u>Exhibit 7E</u>, <u>Exhibit 8E</u> and <u>Exhibit 29</u> to the Final Motion Affidavit is approved.

2. The Settlement Administrator is authorized to transfer the balances in the accounts for Group 1, Group 2, and Group 3 and the Administration Fund plus all interest accruing thereon to the Escheat Account to achieve a single fund from which all other payments authorized herein will be made.

3. The Settlement Administrator is authorized to pay Poorman-Douglas Corporation $57,000.41 from the Escheat Account for services between April 1, 2005 and October 31, 2005 and $34,291.15 for estimated future services to complete administration of the Settlement. The Settlement Administrator shall complete administration of the Settlement for this amount and make no further claim for payment for acting as Settlement Administrator.

4.      The Settlement Administrator is authorized to pay Cogswell Law Offices, P.C. from the Escheat Account $15,320.29 for services between May 7, 2005 and December 20, 2005 and $35,600 from the Escheat Account for estimated future services to complete administration of the Settlement. Cogswell Law Offices, P.C. shall complete administration of the Settlement for this amount an make no further claim for payment.

5.      The Participating Parties under the Settlement Agreement are those persons identified in Schedules E, F and G attached to the Affidavit of James S. Wilson dated April 26, 2002, as modified by the changes shown in Exhibit 10E attached to the Final Motion Affidavit.

6.      The Settlement Administrator is authorized to destroy all hard files in its possession and to maintain all hard file information in electronic format indefinitely at the expense of the $CO_2$ Committee. The electronic files will not be destroyed unless by further order of Court.

7.      Plaintiffs' counsel and class counsel are authorized to destroy all files in their possession except such as must be returned to defendants pursuant to the Confidentiality Agreement and Protective Order dated January 15, 1998 entered by this Court in Case No. 96-Z-2451 (MJW) and those needed for the pending arbitration under the Settlement Agreement, for the Dolores County tax claim, for the possibility of appeal in the *Ptasynski* case and for use responding to inquiries that may arise.

8.      The Court hereby approves the Agreement dated December 1, 2005 between Poorman-Douglas Corporation and $CO_2$ Committee, Inc. relating to management of the

membership list of $CO_2$ Committee, Inc. and orders that the members of $CO_2$ Committee, Inc. as of December 1, 2005 are those persons identified in such Agreement.

9. The Court hereby authorizes the Settlement Administrator to pay from the Escheat Account $15,000 to Pooman-Douglas Corporation as an advance payment on $CO_2$ Committee, Inc.'s obligations under the Agreement dated December 1, 2005.

10. The Court hereby approves all activities of Plaintiffs' counsel, class action counsel and the Settlement Administrator taken from the date of the Settlement to the date of their filing a Notice of Completion of Settlement Administration in the form attached as Exhibit D to Plaintiffs' Motion granted hereby and, effective upon the filing of such Notice of Completion of Settlement Administrator, the Court hereby discharges Plaintiffs' counsel, class action counsel and the Settlement Administrator from any further responsibility or liability in connection with the administration of the Settlement.

11. The Court further authorizes the Settlement Administrator to pay all remaining funds in the Escheat Account estimated at $215,982.42 plus accruing interest to $CO_2$ Committee, Inc., close all accounts and terminate administration.

**SIGNED** this   1   day of   February  , 2006.

BY THE COURT:

Zita L. Weinshienk, Senior Judge
United States District Court